IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   CASE NO. 1:94-cr-01009-MP-AK-2

CLAUDE LOUIS DUBOC,

      Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 1168, Motion for Reconsideration by Claude Louise Duboc. On August 22, 2011, the government submitted a motion to amend the order of forfeiture of the assets belonging to defendant, Claude Louis Duboc. On September 12, 2011, the Court granted the government's motion to amend the order of forfeiture. On September 27, 2011, defendant filed a motion for enlargement of time to respond to the government's motion to amend the order of forfeiture, which the Court denied.

Defendant now moves the Court for reconsideration of its order denying him an enlargement of time to respond to the government's motion. Defendant states that he did not receive a complete copy of the government's motion until September 19, 2011, which was after the deadline to timely respond. Upon reconsideration, the Court will allow defendant to file a response out of time. However, the Court will not vacate or stay the final order of forfeiture at this time but will consider defendant's response when filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.      Defendant's motion for reconsideration, Doc. 1168, is GRANTED.

2.    Defendant may respond to the government's motion to amend the order of forfeiture on or before November 11, 2011.


**DONE AND ORDERED** this  *21st* day of October, 2011


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge